# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUSTIN MARCUS BREWER

NO. 2024 KW 1019

**DECEMBER 5, 2024**

---

In Re:    Justin Marcus Brewer, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 23-MISD-129273.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

**PMc**

**WIL**

**Welch, J.,** would not consider the writ application because of rule violations. Counsel failed to timely file his writ application by the return date set by the district court or include documentation of a timely request for an extension. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT